U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 22 2016

TONY R. MOORE, CLERK
BY: _____ MB
       DEPUTY

Form to be used by a prisoner filing a civil rights complaint under
The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
for the
Western District Of Louisiana

_____George A. Preston #543096_____    _____16-CV-0562_____
Full Name of Plaintiff, Prisoner Number            Civil Action

                                          _____
                                                   Judge

v.

_____Lt. Bobby Hicks ALEt_____          _____
          Defendant                            Magistrate Judge

**Complaint**

**I. Previous Lawsuits**

A. Have you begun any other lawsuit while incarcerated or detained in any facility?
☒ Yes   ☐ No

B. If your answer to the preceding question is yes, provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):
_____U.S. Western District of Louisiana,_____
_____Alexandria Louisiana._____

2. Name the parties to the previous lawsuit(s):
Plaintiffs: _____George A. Preston_____
Defendants: _____Department of Corrections._____

3. Docket number(s): _____15-CV-583; See "P"_____

4. Date(s) on which each lawsuit was filed: _____April 13, 2015._____

5. Disposition and date thereof [For example, was the case dismissed and

1

when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]: June 11, 2015 & Stopped proceeding forward because I could Not Handle The case on my own. so I failed to file timely objection, Case No longer pending.

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed? ☑ Yes ☐ No

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

(Federal Habeas Corpus) Eastern District Court of Louisiana. (Civil Action # 13-253)

II.

A. **Name of institution and address of current place of confinement:**

Avoyelles Correctional Center, 1630 Prison Rd, 2g, 71327

B. Is there a prison grievance procedure in this institution?
☑ Yes   ☐ No

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
☑ Yes   ☐ No

If yes, what is the Administrative Remedy Procedure number? 2015-834

2. If you did not file an administrative grievance, explain why you have not done so.

A.V.C. 2015-834 See Attached (Exhibit A)

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal and adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

2

_See Attched, Exhibit B - C._

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

### III. Parties to Current Lawsuit:

A. Name of Plaintiff: _George A. Preston #543096_

Address: _1630 Prison Road, Cottonport La, 71327_

B. Defendant: _Lt. B. Hicks_, is employed as _a Lieutenant_ at _A.V.C. 1630 Prison Road, Cottonport La, 71327_ _Avoyelles Correctional Center._

Defendant: _____, is employed as _____ at _____.

Defendant: _____, is employed as _____ at _____.

Additional defendants: _____

### IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On August 2, 2015. Plaintiff was all times at Avoyelles Correctional Center, Housed in Crawdad Working Cell Block on R1 tier Cell #9. Plaintiff at that time shared a cell with offender Carroll Celestine. At approx. 8:45 PM Harris officer/Sgt.

3

Ford, That works Night shift on D-team 2et-Plaintiff and his Cell Mate out of Their Cell for Shower. Plaintiff subsequently stoped by Cell # 3, to converse with offender Jeremy 2eNor. - Moments later, officer Sgt Ford opened Cell # 3 (see P.g. 5 Attched)

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff seeks Compensatory damages against 2t. Bobby Hicks in The amount of 10,000# dollars for The use of Excessive Force that caused Plaintiff injury. Plaintiff also seeks punitive damages in The amount of 2,350.00# for The Infliction of Pain.

## VI. Plaintiff's Declaration

   A. I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto are true and correct.

   B. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

   C. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed on this __14th__ day of __April__, 20__16__.

__543096__
Prisoner No.
(Louisiana Department of Corrections
or Federal Bureau of Prisons)

_[signature]_
Signature of Petitioner

4

# IV. Statement of facts.
## Complaint

- Thav opened Cell #3 to let offender jeremy z.enor, Cell Mate Ashon Camble in the cell. at that time, Plaintiff ran into Cell #3 and started joking around with offender j. Z.enor. J. Zenor stood in the top bunk of his bed. Plaintiff stood in the floor area inside the cell. Moments later, several officers approached the cell. All officers that arrived involed re--garding to this incident were; officer sgt Ford, officer Sgt Augustine, officer sgt j. Daunzats, officer sgt W. Bowie, and officer Lt. B. Hicks. The first officer to enter the cell was Lt. B. Hicks whom immediately elbowed Plaintiff to the face several times up on entry. The following officials pushed-

thier way in the cell. Plaintiff was then pulled from the cell and slammed to the ground on D1 tier. While Plaintiff was face down on the ground, Sgt Augsteine had Plaintiff left arm strained behind him. Lt. B. Hicks had plaintiff right arm, while hovering over the right-side of plaintiff body pulling and twisting his right arm as Plaintiff screamed out that the officer was gonna break his arm. Plaintiff continue to scream out that the officer was gonna break his arm. However, Plaintiff Pleas, fell on deaf ears. it was only after observing a bone protruding out the top part of plaintiff shoulder did Lt. B. Hicks stop pulling and twisting plaintiff right arm. At no time did Plaintiff resist any of the officers at any time during the occurances of this incident. See Exhibit "O" in the effect of Lt. B. Hicks furious actions, Plaintiff

Sustained a seperation at the top right part of his shoulder. Lt. B. Hicks actions an use of excessive force, in this matter was objectively unreasonable. The officer Violated Plaintiff 8 Amendment right to be free from cruel and unusual Punishment.

\* ——— Claim ——— \* \* \*

The 8 Amendment to the United States Constitution forbids cruel and unusual Punishment. Hudson v. McMillian 503 U.S. 1, 117 L.Ed.2d 156, 112 S.Ct. 995 (1992)

\* \* \*

George A. Preston
Signature of Petitioner
\*4-14-16

A.V.C. George A Preston #543096
1630 Prison Road
Cotton Port La, 71327
Plaintiff Address