# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **GEORGE A. PRESTON** | **CASE NO. 1:16-CV-00562-P** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **BOBBY HICKS,** *ET AL* | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Joseph H.L. Perez-Montes for report and recommendation. After an independent review of the record, and noting that no objections have been filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendant Bobby Hicks' Motion for Summary Judgment (Rec. Doc. 47) be DENIED.

Signed at Lafayette, Louisiana, this 21st day of October, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE