UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **GEORGE PRESTON (#543096)** | **CIVIL ACTION NO. 1:16-CV-562-P** |
| **VERSUS** | **UNASSIGNED DISTRICT JUDGE** |
| **BOBBY HICKS, ET AL.** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### JUDGMENT OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, **GEORGE PRESTON**; and defendant **LIEUTENANT BOBBY HICKS,** in the above-numbered and entitled cause and on suggesting to the Court that all matters of controversy involved or connected in any way to the subject matter of this litigation between Lt. Bobby Hicks, and the plaintiff, George Preston, have been compromised and settled and, therefore, this matter should be dismissed with prejudice, with the defendant bearing all court costs.

**IT IS ORDERED BY THE COURT** that the above-entitled and numbered cause be and is hereby dismissed with prejudice as to the claims of George Preston against the defendant, **LT. BOBBY HICKS,** with the defendant bearing all court costs.

**THUS DONE AND SIGNED** in Chambers this _____ day of October 2021.

---

UNITED STATES DISTRICT COURT
WESTERN DISTRICT HONORABLE JUDGE

|  |  |
|---|---|
| _____<br>**GEORGE PRESTON** | Respectfully submitted,<br><br>**JEFF LANDRY**<br>**ATTORNEY GENERAL**<br><br>By: _____<br>**VICTORIA MURRY (#18584)**<br>Assistant Attorney General<br>LOUISIANA DEPARTMENT OF JUSTICE<br>Risk Litigation Division<br>900 Murray Street, Suite B-100B<br>Alexandria, LA 71301<br>Telephone: (318) 487-5944<br>ATTORNEY FOR DEFENDANT<br>BOBBY HICKS |